# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 10-1536

———————

| | | |
|---|---|---|
| Elizabeth McCray, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Chrysler LLC, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

———————

Submitted: June 23, 2010
Filed: June 30, 2010

———————

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

———————

PER CURIAM.

Elizabeth McCray appeals the grant of summary judgment entered by the District Court[1] in favor of her former employer, Chrysler LLC, on her Title VII claims of racial discrimination, harassment, and retaliation. The District Court's summary judgment decision rested upon a determination that it was beyond genuine dispute that McCray had knowingly and voluntarily agreed to a written release waiving her Title VII claims against Chrysler. Upon de novo review, see Sutherland v. Mo. Dep't of Corr., 580 F.3d 748, 750 (8th Cir. 2009), we agree with the District Court's reasoning,

---

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

see <u>Warnebold v. Union Pac. R.R.</u>, 963 F.2d 222, 223–24 (8th Cir. 1992) (affirming summary judgment for employer on involuntarily terminated former employee's discrimination claims; agreeing with the district court that the former employee's waiver of claims was knowing and voluntary where he had executed a release despite having discrimination claims pending before federal agency, the release was written in clear and unambiguous language, and the release was supported by consideration). Accordingly, we affirm.

_____